1
2
3                                                                                                O
4
5
6
7
8                              UNITED STATES DISTRICT COURT
9                             CENTRAL DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,        )
                                     )
11              Plaintiff,            )   SA CR 00-00122-DOC
                                     )
12      v.                           )   ORDER OF DETENTION AFTER HEARING
                                     )        (18 U.S.C. § 3142(i))
13  SEAN DOUGLAS LINEHAN,            )
                                     )
14              Defendant.            )
                                     )
15

16                                              I.

17      A.  On motion (X) (by the Government) / ( ) (by the Court <u>sua sponte)</u> involving:

18      1. ( )  serious risk defendant will flee;

19      2. ( )  serious risk defendant will

20          a. ( )  obstruct or attempt to obstruct justice;

21          b. ( )  threaten, injure, or intimidate a prospective   witness or juror or attempt to do so.

22      3. ( X)  a violation of supervised release or probation.

23                                              II.

24  The Court finds no condition or combination of conditions will reasonable assure:

25      A. (X)    appearance of defendant as required; and/or

26      B. ( )    safety of any person or the community;

27
28

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR - 94 (02/94)                                                                                Page 1 of 2

|   |   |
|---|---|
| 1 | III. |
| 2 | The Court has considered: |
| 3 | A.  (X)   the nature and circumstances of the offense; |
| 4 | B.  (X)   the weight of evidence against the defendant; |
| 5 | C.  (X)   the history and characteristics of the defendant; |
| 6 | D.  ( )   the nature and seriousness of the danger to any person or to the community. |
| 7 | IV. |
| 8 | The Court concludes: |
| 9 | A.  ( ) Defendant poses a risk to the safety of other persons or the community because: |
| 10 | |
| 11 | B.  ( ) History and characteristics indicate a serious risk that defendant will flee because: |
| 12 | |
| 13 | C.  ( ) A serious risk exists that defendant will: |
| 14 | 1. ( )  obstruct or attempt to obstruct justice; |
| 15 | 2. ( )  threaten, injure or intimidate a witness/ juror; because: |
| 16 | |
| 17 | D.  (X)   Defendant has not established by clear and convincing evidence to the contrary that |
| 18 | he does not pose a risk of flight or danger to the community as provided in 18 U.S.C. |
| 19 | § 3143 (a). |
| 20 | IT IS ORDERED that defendant be detained prior to trial. |
| 21 | IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections |
| 22 | facility separate from persons awaiting or serving sentences or person held pending appeal. |
| 23 | IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private |
| 24 | consultation with his counsel. |
| 25 | Dated:  January 31, 2008 |
| 26 | |
| 27 | MARC L. GOLDMAN |
|   | Marc L. Goldman |
|   | U.S. Magistrate Judge |
| 28 | |